1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

DAVID L. BELMONTE a/k/a Dameas
Shiruk Duranzan,

                        Plaintiff,

            v.

KING COUNTY et al.,

                        Defendants.

CASE NO. 2:24-cv-01762-TL-SKV

ORDER ON REPORT AND
RECOMMENDATION

17    This matter is before the Court on the Report and Recommendation ("R&R") of the

18  Honorable S. Kate Vaughan, United States Magistrate Judge, which recommends dismissal of

19  this matter. Dkt. No. 4. As the R&R explains, on October 23, 2024, Plaintiff submitted a

20  proposed civil rights complaint under 42 U.S.C. § 1983. *Id.* at 1 (citing Dkt. No. 1). However,

21  Plaintiff did not submit either a filing fee or an application to proceed *in forma pauperis* ("IFP").

22  *Id.* On October 30, the Clerk sent Plaintiff a letter advising him of the deficient submission and

23  explaining that Plaintiff must pay the filing fee or submit an IFP application by November 29, or

24  risk dismissal. *Id.* (citing Dkt. No. 2). The R&R recommends dismissal because "[t]o date,

Plaintiff has neither paid the filing fee, nor has he submitted an application to proceed IFP,"

despite having "ample time" to do so. *Id.* at 2. Objections were due by January 14, 2025 (*id.*), but

Plaintiff did not file any objections.[1]

The Court agrees with the R&R's conclusion. The Court also notes that Plaintiff's failure

to correct his deficient submission by November 29 is a sufficient ground for dismissal, even

without the R&R process.

Accordingly, it is hereby ORDERED:

(1)     The Report and Recommendation is APPROVED and ADOPTED.

(2)     This matter is DISMISSED without prejudice for Plaintiff's failure to satisfy the

        filing fee requirement.

(3)     The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge

        Vaughan.

Dated this 17th day of January 2025.

Tana Lin
United States District Judge

---

[1] Plaintiff's mail was returned as undeliverable. Dkt. No. 5. Plaintiff was required to keep the Court advised as to his current mailing address. LCR 41(b)(2).

ORDER ON REPORT AND RECOMMENDATION - 2