UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. BELMONTE a/k/a Dameas Shiruk Duranzan,<br><br>                    Plaintiff,<br><br>    v.<br><br>KING COUNTY et al.,<br><br>                    Defendants. | CASE NO. 2:24-cv-01762-TL-SKV<br><br>ORDER ON REPORT AND RECOMMENDATION |

This matter is before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, which recommends dismissal of this matter. Dkt. No. 4. The R&R recommends dismissal of this matter for Plaintiff's failure to submit a filing fee or submit a proper application to proceed *in forma pauperis* ("IFP"). *Id.* at 2.

The Court previously adopted the R&R and dismissed this matter. *See* Dkt. Nos. 6–7. However, Plaintiff subsequently moved for relief from the judgment, explaining that he never received notice of the R&R, his case files were lost during a custodial transfer, and the law librarian could not locate cases with his name. Dkt. No. 9 at 2; Dkt. No. 10 ¶¶ 6–8. The Court

ORDER ON REPORT AND RECOMMENDATION - 1

granted the motion, vacated the judgment, and gave Plaintiff an opportunity to file objections to the R&R. Dkt. No. 11. In lieu of objections, Plaintiff has corrected the deficiency in his IFP application, which is now properly presented. Dkt. No. 14.

Accordingly, the Court DECLINES TO ADOPT the Report and Recommendation (Dkt. No. 4). Further, pursuant to 28 U.S.C. § 636 and General Order No. 05-25 of the United States District Court for the Western District of Washington, the Court REFERS this matter to the Honorable S. Kate Vaughan, United States Magistrate Judge. *See* Gen. Order No. 05-25 ¶¶ 3, 6 (W.D. Wash. Feb. 19, 2025).

Dated this 4th day of March 2025.

Tana Lin
United States District Judge