1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8    DAVID L. BELMONTE,
a/k/a/ Dameas Shiruk Duranzan,

9                                    Plaintiff,                    Case No. C24-1762-TL-SKV

10

11    v.                                                            ORDER GRANTING APPLICATION TO
                                                                    PROCEED *IN FORMA PAUPERIS*

KING COUNTY, *et al.*,

12

                                     Defendants.

13

14

        Plaintiff is a state prisoner who is proceeding *pro se* in this civil rights action. The Court,

15    having reviewed Plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS

16    as follows:

17

        (1)    Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or

18    give security therefore. Accordingly, Plaintiff's application to proceed *in forma pauperis* (Dkt.

19    14) is GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff

20    is thereafter required to make monthly payments of 20 percent of the preceding month's income

21    credited to his account until the full amount of the filing fee is satisfied.

22

23

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 1

1    (2)    Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved application to proceed *in*

2    *forma pauperis*, the agency having custody of the above-named Plaintiff is directed to calculate

3    an initial partial filing fee equal to 20 percent of the greater of either:  (a) the average monthly

4    deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account

5    for the 6-month period immediately preceding the date of this Order.  The initial partial filing fee

6    should be forwarded to the Clerk of Court as soon as practicable.

7        Subsequently, if the prisoner's account exceeds $10.00, each month the agency having

8    custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

9    prisoner's preceding month's income credited to the prisoner's account.  In the event that the

10   monthly payment would reduce the prisoner's account below $10.00, the agency should collect

11   and forward only that amount which would reduce the prisoner's account to the $10.00 level.

12   Please note that this $10.00 limit does not apply to the initial partial filing fee described above.

13   Finally, the monthly payments should be collected and forwarded to the Court until the entire

14   filing fee ($350.00) for this matter has been paid.

15       (3)    The Clerk is directed to send a copy of this Order to Plaintiff, to the financial

16   officer of this Court, and to the agency having custody of Plaintiff.

17       Dated this 31st day of March, 2025.

18

19                                              S. KATE VAUGHAN

20                                              United States Magistrate Judge

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 2