UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMEAS SHIRUK DURANZAN,
a/k/a David L. Belmonte,

                Plaintiff,

v.

KING COUNTY, *et al.*,

                Defendants.

Case No. C24-1762-TL

ORDER DISMISSING ACTION

      The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Plaintiff's complaint (Dkt. 19) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this __10th__ day of __November__, 2025.

_____
TANA LIN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2